IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **Huibin Dai,**<br><br>Plaintiff,<br><br>v.<br><br>**Bella Surfaces Group, LLC, Ahmad Ali Negahban and Nicolas Negahban,**<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 4:23-cv-00292-WMR<br><br>ORDER |

## **ORDER DISMISSING ACTION**

## **WITHOUT PREJUDICE**

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal is GRANTED, and this action is dismissed without prejudice.

IT IS SO ORDERED

Dated: February 15, 2024
Atlanta, Georgia

_____
William M. Ray, II
United States District Judge

1